# MINUTE ORDER

Page 6

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**         Date: 9/6/2019      Time: 1:30 p.m.

Defendant: ABDUL-MAJEED MAROUF          J#: 18349-104    Case #: 19-3419-MJ-O'SULLIVAN
AHMED ALANI

AUSA: _Maria Medetis_          Attorney: _AFPD - Tony Natalie_

Violation: WILLFULLY DAMAGING, DESTROYING, OR DISABLING AN          Surr/Arrest Date: 9/5/2019    YOB: 1959
AIRCRAFT IN THE SPECIAL AIRCRAFT JURISDICTION OF THE U.S.

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: _____

Bond Set at: _____      Co-signed by: ✓ _emailed interp_

☐ Surrender and/or do not obtain passports/travel docs      Language: *Arabic*

☐ Report to PTS as directed/or _____ x's a week/month by      Disposition:
   phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial          1 sworn.
   Services _____          AFPD apptd.
   Treatment as deemed necessary          If Δ's pay re-instated
☐ Refrain from excessive use of alcohol          to file Ntc. w/court.
☐ Participate in mental health assessment & treatment          Gov't - ptd.
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits,
   religious, employment
☐ Travel extended to: _____      Time from today to _____ excluded
☐ Other: _____          from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/11 | 10 Am | | |
| Prelim/Arraign or Removal: | 9/20 | 10 Am | | |
| Status Conference RE: | | | | |

D.A.R. 13:45:49          Time in Court: 8

s/John J. O'Sullivan          Chief Magistrate Judge