# COURT MINUTES

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 9/11/19 | Time: 10:00 a.m. |
|---|---|---|

Defendant: Abdul Marouf Ahmed Alani    J#: 18349-104    Case #: 19-3419-O'Sullivan

AUSA: Maria Meditis                    Attorney: AFPD – Anthony Natale

Violation: Destroying Aircraft/Jurisdiction of The U.S.

Proceeding: Ptd                        CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: Ptd

Bond Set at:                            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Arabic

Disposition:
Pre/Arraign 9/20/19 10 am.
Defense wants a continuance. The Court sets STIPULATED Pretrial Detention, with the right to revisit (NO HEARING HELD)

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

**PTD Hearing:**   9/18/19       10:00       *Miami Duty*

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:14:47                              Time in Court: 4